**Motion GRANTED and Order filed August 16, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00711-CV
_____

### IN RE SUZANNE SONDRUP RON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-19071**

---

## ORDER

On August 14, 2018, relator Suzanne Sondrup Ron filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Kyle Carter, Judge of the 125th District Court, in Harris County, Texas, to vacate his order dated August 3, 2018, entered in trial court number 2017-19071, compelling arbitration.

Relator has also filed a motion for a temporary relief asking this court to stay the order compelling arbitration pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10. It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the August 3, 2018 order compelling arbitration **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests Avishai Ron, the real party-in-interest, to file a response to the petition for writ of mandamus on or before August 30, 2018. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Christopher, Busby, and Brown.